DAVID A. BATTAGLIA, SBN 130474
  dbattaglia@gibsondunn.com
TIAUNIA HENRY, SBN 254323
  thenry@gibsondunn.com
MATT COE-ODESS, SBN 313082
  mcoe@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213-229-7000
Facsimile:  213-229-7520

JS-6

Attorneys for SAN DIEGO GAS & ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO GAS & ELECTRIC COMPANY, a California public utility corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LAGUNA BEACH, as municipal corporation,<br><br>Defendant. | CASE NO. 8:17-cv-00621<br><br>**ORDER REGARDING JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Action Filed:   April 5, 2017<br><br>**Hon. James V. Selna** |

The parties have jointly stipulated to the dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Accordingly, **IT IS HEREBY ORDERED** that this action is dismissed without prejudice and all pending deadlines are vacated.

**IT IS SO ORDERED.**

Dated:  December 13, 2017

_____
James V. Selna
United States District Judge

Respectfully submitted by:

DAVID A. BATTAGLIA, SBN 130474
  dbattaglia@gibsondunn.com
TIAUNIA HENRY, SBN 254323
  thenry@gibsondunn.com
MATT COE-ODESS, SBN 313082
  mcoe@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213-229-7000
Facsimile:  213-229-7520


By: */s/ David A. Battaglia*
      David A. Battaglia

Attorneys for Plaintiff
San Diego Gas & Electric Company